Matter of Tobin (2023 NY Slip Op 05021)

Matter of Tobin

2023 NY Slip Op 05021

Decided on October 5, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 5, 2023

PM-231-23
[*1]In the Matter of David Morris Tobin, an Attorney. (Attorney Registration No. 2392603.)

Calendar Date:September 25, 2023

Before:Lynch, J.P., Clark, Aarons, Reynolds Fitzgerald and Ceresia, JJ.

David Morris Tobin, Yardley, Pennsylvania, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
David Morris Tobin was admitted to practice by this Court in 1991 and lists a business address in Yardley, Pennsylvania with the Office of Court Administration. Tobin now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Tobin's application.
Upon reading Tobin's affidavit sworn to August 8, 2023 and filed August 10, 2023, and upon reading the September 20, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Tobin is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Lynch, J.P., Clark, Aarons, Reynolds Fitzgerald and Ceresia, JJ., concur.
ORDERED that David Morris Tobin's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that David Morris Tobin's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that David Morris Tobin is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Tobin is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that David Morris Tobin shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.